```
                    UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION

                       NO. 5:11-CR-292-FL-1
```

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )           ORDER
                                 )
VINCENT LIPSCOMB                 )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 46 and its accompanying Order, in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendant.

This the 19th day of May, 2016.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge